

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Markes D. Buchanan,     * From the 32nd District Court
               of Nolan County,
               Trial Court No. 13665.

Vs. No. 11-22-00292-CR     * October 24, 2024

The State of Texas,      * Memorandum Opinion by Bailey, C.J.
               (Panel consists of: Bailey, C.J.,
               Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below.   Therefore, in accordance with this court's opinion, we modify the trial court's judgment to remove the improperly assessed attorney's fees of $12,972.38.   As modified, we affirm the judgment of the trial court.